UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                         No.  25-CR-179-LTS

NOMA ZARUBINA,

       Defendant.

-------------------------------------------------------x

## ORDER

An initial pretrial conference is scheduled to proceed in this case on **April 30, 2025, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       April 23, 2025

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge