| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| *Tamara Giwa*<br>Executive Director | *Jennifer L. Brown*<br>Attorney-in-Charge |

# MEMO ENDORSED

April 24, 2025

**BY ECF**

The Honorable Laura T. Swain
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Nomma Zarubina**
      **25-CR-179 (LTS)**

Dear Judge Swain:

   Nomma Zarubina, through undersigned counsel, respectfully moves the Court for an order granting her permission to travel to the District of Arizona from May 5, 2025 through May 9, 2025 for a family trip with her daughter and ex-spouse. Ms. Zarubina will provide the details of her trip to her pretrial services officer.

   Undersigned counsel has reached out to both pretrial services and the government about this request. Pretrial services has no objection to the request, and the government defers to pretrial services. Accordingly, Ms. Zarubina asks the Court to grant her request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

The foregoing request is granted. DE 19 resolved.
SO ORDERED.
4/25/2025
/s/ Laura Taylor Swain, Chief USDJ