

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 6, 2025

**By ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nomma Zarubina*, 25 Cr. 179 (LTS)

Dear Chief Judge Swain:

    Please find attached a proposed Protective Order, which the parties have signed, relating to the production of material in the above-captioned case. The parties respectfully request that the Court enter the proposed Protective Order, pursuant to Federal Rules of Criminal Procedure 16(d)(1) and 49.1(e).

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

    by:    /s/
    Sarah L. Kushner
    David J. Robles
    Henry L. Ross
    Assistant United States Attorneys
    (212) 637-2676 / -2550 / -2442

Cc: Kristoff Williams, Esq. (by ECF)

**The foregoing request is granted. By separate order, the Court will enter the proposed protective order. This resolves docket entry no. 22.**

**/s/ Laura Taylor Swain, Chief U.S.D.J.**
**May 6, 2025**