UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                            No. 25-CR-179-LTS

NOMMA ZARUBINA                                   ORDER

        Defendant.

-------------------------------------------------------x

        On July 21, 2025, the Government moved for the modification of Defendant Nomma Zarubina's bail conditions. (Docket entry no. 28 ("Gov. Mot.").) According to the Government, Ms. Zarubina has sent "dozens of harassing text messages" to one of the special agents ("Case Agents") at the Federal Bureau of Investigation ("FBI") since March 2025, including several late-night, back-to-back strings of a dozen or more text messages, despite reminders, requests and warnings not to do so. (Gov. Mot. at 2-4, 6, 7.) Accordingly, the Government has requested that the Court modify Ms. Zarubina's bail conditions to specifically prohibit her, either directly or through third parties, from contacting the special agents and other members of the FBI involved in this case. According to the Government, defense counsel does not object to this request. (Id. at 1.)

        The Government's modification request is granted. Defendant's bail conditions are modified, effective immediately, to prohibit any contact with the Case Agents, other than through the Defendant's attorney. All prior conditions of release remain in effect. The Government's request for sealing of the unredacted version of this letter is granted for the safety and law enforcement reasons set forth in the redacted portions of the Motion.

        Defendant and her counsel are further directed to discuss with the Pretrial Services Officer the addition of a further release condition requiring that Defendant undergo a

mental health evaluation by a provider approved by the Pretrial Services Officer and engage in outpatient treatment to the extent recommended by the provider.  If the Court is not notified by **July 31, 2025 at 12:00 p.m.** that the Defendant consents to such a further modification, the parties shall appear for a conference on **July 31, 2025 at 3:30 p.m.**  This Order resolves docket entry no. 28.

SO ORDERED.

Dated: New York, New York
     July 23, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge