UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                  No. 25-CR-179-LTS

NOMMA ZARUBINA                                    <u>Order</u>

        Defendant.

-------------------------------------------------------x

On consent, as confirmed at the pretrial conference in this matter on July 31, 2025, Ms. Zarubina's release conditions are hereby modified by the addition of the following condition:

> Ms. Zarubina is hereby directed to undergo a mental health evaluation by a provider chosen by Pretrial Services and to engage in mental health treatment to the extent recommended by that provider.

All other conditions remain in effect as previously ordered.

    SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
      July 31, 2025                               LAURA TAYLOR SWAIN
                                                    Chief United States District Judge