| | |
|---|---|
| **Federal Defenders** | Southern District |
| OF NEW YORK, INC. | 52 Duane Street, 10th Floor |
| | New York, NY 10007 |
| | Tel: (212) 417-8700 Fax: (212) 571-0392 |

| | |
|---|---|
| Tamara Giwa | Jennifer L. Brown |
| *Executive Director* | *Attorney-in-Charge* |

August 19, 2025

**MEMO ENDORSED**

**BY ECF**

The Honorable Laura T. Swain
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     **United States v. Nomma Zarubina**
         **25-CR-179 (LTS)**

Dear Judge Swain:

Nomma Zarubina, through undersigned counsel, respectfully moves the Court for an order granting her permission to travel to the Southern District of Texas from September 12, 2025 through September 16, 2025 for a trip with her daughter. Ms. Zarubina will provide the details of her trip to her pretrial services officer.

Undersigned counsel has reached out to both pretrial services and the government about this request. Pretrial services has no objection to the request; however, the government objects. It should be noted that Ms. Zarubina has been granted permission to travel out of state on two prior occasions without issue. Accordingly, Ms. Zarubina asks the Court to grant her request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

The foregoing request is granted. Ms. Zarubina is directed to provide all the details of her itinerary, along with any other information requested by her Pretrial Services Officer, to her Pretrial Services Officer by **5:00 pm** on **September 5, 2025**. DE 32 resolved.

SO ORDERED
8/28/2025
/s/ Laura Taylor Swain, Chief USDJ