# EXHIBIT A

Saturday • 3:42 AM

Report

3:42 AM

Watch movie Arizona Dream by Kusturuca

3:56 AM

Or maybe I need to go to the court. Omg, maybe you don't need enough cases

3:59 AM

Not enough

3:59 AM

Case Agent-1 ....... I need you

3:59 AM

Call to the court

4:00 AM

Please

4:00 AM

Wake up

4:00 AM

You are SO smart

4:01 AM

Case Agent-1 you have so sma... am

   

4:01 AM

Case Agent-1: you have so smart team

4:02 AM

We don't know what to do

4:02 AM

FBI is so great with you

4:03 AM

Report....anything

4:04 AM

I am sooooo bad

4:06 AM

I am scared

4:06 AM

I am afraid

4:07 AM

Of the FBI

4:07 AM

You have significant professionals

4:08 AM

We dont know what to do

4:08 AM

Noooo, its FBI!!! Nooooo

← 👤 ████████ 📞 ⋮

4:08 AM

Noooo, its FBI!!! Nooooooo
Fuck you

4:09 AM

Third party answered already

4:11 AM

You , Case Agent-1 a piece of shit

4:11 AM

🙈🙈🙈🙈🙈
🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸

4:12 AM

What are you doing in your office ?

4:16 AM

Just seat

4:17 AM

Catch me baby

4:17 AM

So many spies

4:19 AM

⊕ Text message　　　😊 🖼 🎙

USAO_003351



4:19 AM

Mmmmm

4:19 AM

Catch me

4:20 AM

So many Russians

4:20 AM

And Prostitutions in Manhattan

4:21 AM

What is they work

USAO_003352



4:21 AM

What is they work

4:21 AM

If*

4:22 AM

America is in danger

4:22 AM

Remove me and everything will be alright

4:23 AM

Mmm..

I don't know what to say

4:24 AM

We need to call to the Media??????

4:25 AM

Maybe to the Officer

4:25 AM

Russians are terrible

4:26 AM

Case Agent-1 is sleeping

4:26 AM

My love 

 Text message   

USAO_003353

  

My love

4:27 AM

Coviet Intelligence is the best

4:28 AM

Because we could take a risk

4:28 AM

And loved you

4:29 AM









Как тебе ?

5:35 AM

Я так устала

5:36 AM

Блять заебало всё

5:36 AM