UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                 No. 25-CR-179-LTS

NOMMA ZARUBINA                                       ORDER

      Defendant.

-------------------------------------------------------x

On September 17, 2025, the Government moved for revocation of Ms. Zarubina's release and requested that the Court issue an order of detention. (Docket entry no. 36 ("Government's Motion").) Counsel are hereby directed to meet and confer and file a joint letter by **September 18, 2025, at 4:00 p.m.** addressing whether and when defense counsel will file a written response to the Government's Motion, and whether the scheduled September 19, 2025 conference should be adjourned pending briefing of the motion.

    SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
      September 18, 2025                      LAURA TAYLOR SWAIN
                                                              Chief United States District Judge