# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 18, 2025

**BY ECF**

The Honorable Laura T. Swain
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Nomma Zarubina**
**25-CR-179 (LTS)**

Dear Judge Swain:

    The parties jointly write in response to the Court's September 18, 2025 Order (Dkt. 37). On September 17, 2025, the government filed a motion to revoke Ms. Zarubina's pretrial release. On September 18, 2025, the Court instructed the parties to meet and confer about whether and when the defense would file a response to the government's motion, and whether the conference scheduled for September 19, 2025 should be adjourned pending briefing on the motion.

    The parties respectfully request that the Court allow the defense to file its response to the government's motion by <u>Monday, September 22, 2025</u>, and that the conference scheduled for September 19, 2025 be adjourned for one week, until <u>Friday, September 26, 2025</u>. The defense has no objection to the exclusion of time under the Speedy Trial Act until the next conference date.

                                                   Respectfully Submitted,
                                                   /s/
                                               Kristoff I. Williams
                                             Assistant Federal Defender
                                             Federal Defenders of New York
                                             (212) 417-8791