UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-                                             No. 25-CR-179-LTS

NOMMA ZARUBINA                                  <u>Order</u>

    Defendant.

-------------------------------------------------------x

For the reasons stated on the record at the pretrial conference in this matter on September 26, 2025, the Government's bail revocation motion is denied and Ms. Zarubina's release conditions are hereby modified by the addition of the following condition:

> Ms. Zarubina shall undergo outpatient evaluation and treatment for alcohol abuse. That treatment will occur in a program approved by Pretrial Services, which may be the same program in which she receives mental health treatment. Ms. Zarubina shall not consume alcohol at all.

All other conditions remain in effect as previously ordered. This Order resolves docket entry number 36.

SO ORDERED.

Dated: New York, New York  
      September 26, 2025

      /s/ Laura Taylor Swain  
      LAURA TAYLOR SWAIN  
      Chief United States District Judge