# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 30, 2025

**BY ECF**

The Honorable Laura T. Swain
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    **United States v. Nomma Zarubina**
       **25-CR-179 (LTS)**

Dear Judge Swain:

    Nomma Zarubina, through undersigned counsel, respectfully moves the Court for an order granting her permission to travel to Upstate New York for a camping trip with her daughter and ex-husband from November 2, 2025 through November 4, 2025. Ms. Zarubina will provide the details of her trip to her pretrial services officer.

    Undersigned counsel has reached out to both pretrial services and the government about this request. Neither pretrial services nor the government have any objection to the request.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791