| | |
|---|---|
| **Federal Defenders** | Southern District |
| OF NEW YORK, INC. | 52 Duane Street, 10th Floor |
| | New York, NY 10007 |
| | Tel: (212) 417-8700 Fax: (212) 571-0392 |

Tamara Giwa  
*Executive Director*

Jennifer L. Brown  
*Attorney-in-Charge*

---

October 30, 2025

**BY ECF**

The Honorable Laura T. Swain
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Nomma Zarubina**
         **25-CR-179 (LTS)**

Dear Judge Swain:

   Nomma Zarubina, through undersigned counsel, respectfully moves the Court for an order granting her permission to travel to Upstate New York for a camping trip with her daughter and ex-husband from November 2, 2025 through November 4, 2025. Ms. Zarubina will provide the details of her trip to her pretrial services officer.

   Undersigned counsel has reached out to both pretrial services and the government about this request. Neither pretrial services nor the government have any objection to the request.

                    Respectfully Submitted,
                    /s/
                    Kristoff I. Williams
                    Assistant Federal Defender
                    Federal Defenders of New York
                    (212) 417-8791

The foregoing request is granted.

SO ORDERED.
10/31/2025
/s/ Laura Taylor Swain, Chief USDJ