UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                       No.  25-CR-179-LTS

NOMMA ZARUBINA,                                       ORDER

        Defendant.

-------------------------------------------------------x

The pretrial conference scheduled for November 14, 2025, at 3:00pm is hereby moved to **November 13, 2025, at 4:00pm**.

SO ORDERED.

Dated: New York, New York               /s/ Laura Taylor Swain_____
      November 7, 2025                    LAURA TAYLOR SWAIN
                                                         Chief United States District Judge