UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                       No. 25-CR-179-LTS

NOMMA ZARUBINA,                                       ORDER

        Defendant.

-------------------------------------------------------x

A hearing on the Government's motion to revoke bail is hereby scheduled for **December 2, 2025, at 3:00pm**.

SO ORDERED.

Dated: New York, New York                           /s/ Laura Taylor Swain_____
       November 25, 2025                               LAURA TAYLOR SWAIN
                                                          Chief United States District Judge