UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                    No. 25-CR-179-LTS

NOMMA ZARUBINA,                                                       ORDER

       Defendant.

-------------------------------------------------------x

The hearing scheduled for December 2, 2025, at 3:00pm is hereby rescheduled for **December 2, 2025, at 2:00pm**.

SO ORDERED.

Dated: New York, New York                           /s/ Laura Taylor Swain
       November 25, 2025                              LAURA TAYLOR SWAIN
                                                                Chief United States District Judge