

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 1, 2025

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge, Chief
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Nomma Zarubina*, 25 Cr. 179 (LTS)

Dear Chief Judge Swain:

  The Government writes in advance of the bail hearing scheduled for tomorrow, December 2, 2025, to advise the Court that, overnight on November 29 and 30, 2025, the defendant sent another round of harassing messages to Case Agent-1.

  In the messages, which began at 11:05 p.m. on November 29, the defendant told Case Agent-1 to watch *Arizona Dream*, a 1993 film in which one of the main female characters commits suicide, and told Case Agent-1: "Most [of] our answers are there."  In an apparent reference to tomorrow's bail hearing, the defendant wrote: "See you Tuesday."  In the final message, sent at 1:50 a.m. yesterday morning, the defendant wrote: "I just got a message from my grandma, she is from 1939.  Enjoy your life, because you don't know what people experience."

  The audacity demonstrated by this latest violation of the defendant's bail conditions, *while a bail hearing is pending*, is extraordinary.  It confirms that the defendant will continue her illegal efforts to harass and influence Case-Agent 1 unless and until she is detained.

          Respectfully Submitted,

          JAY CLAYTON
          United States Attorney

      by:   /s/
        Sarah L. Kushner / David J. Robles / Henry L. Ross
        Assistant United States Attorneys
        (212) 637-2676

cc: Kristoff Williams, Esq. (by ECF)