UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                             No. 25 crim 179 (LTS)

NOMMA ZARUBINA,

                            Defendant.
-------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

## ORDER

For the reasons stated on the record in open court today, it is ORDERED, that the Defendant's bail is revoked and the Defendant, Nomma Zarubina, is hereby remanded pursuant to 18 U.S.C. 3148(b) to the custody of the United States Marshal pending trial.

Dated: New York, New York
       December 2, 2025

                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge

DET.FRM   07/05/09