

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 27, 2026

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge, Chief
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Nomma Zarubina*, 25 Cr. 179 (LTS)

Dear Chief Judge Swain:

    The Government respectfully submits this letter, with the consent of counsel for defendant Nomma Zarubina, to request that the deadline for the Government to file a motion under Section 4 of the Classified Information Procedures Act ("CIPA"), and the Rule 12 motions deadlines, be adjourned by four weeks. The parties are in discussions about a potential pretrial resolution, and the Government anticipates making a small production of classified material to cleared counsel within the next approximately one week. Accordingly, in order to permit the parties additional time to discuss a potential pretrial resolution that could obviate the need for motion practice in this case, the Government respectfully requests that the motions deadlines be adjusted as follows:

- Government's CIPA Section 4 brief, currently due on February 6, 2026, shall be due on March 4, 2026.

- Defendant's Rule 12 motions, currently due on February 27, 2026, shall be due on March 27, 2026.

- Government's opposition to defendant's Rule 12 motions, currently due on March 13, 2026, shall be due on April 10, 2026.

    The parties have conferred and do not anticipate that the schedule requested above will impact the June 22, 2026 trial in this case, should a trial be necessary.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney

         By:        /s/
                   Sarah Kushner / David Robles / Henry Ross
                   Assistant United States Attorneys
                   (212) 637-2676 / -2550 / -2442