UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

| | | |
|---|---|---|
| **United States of America,** | : | **NOTICE OF APPEARANCE AND REQUEST FOR** |
| | : | **ELECTRONIC NOTIFICATION** |
| - v - | | |
| | : | **25-cr-179 (LTS)** |
| **Nomma Zarubina** | | |
| | : | |

----------------------------------x

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance as counsel in this case and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully Submitted,


**/s/Andrew John Dalack**
Federal Defenders of New York
52 Duane Street
10th Floor
New York, N.Y. 10007
(212) 417-8768
andrew_dalack@fd.org


TO:   Attorneys of Record