

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 13, 2026

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge, Chief
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Nomma Zarubina*, 25 Cr. 179 (LTS)

Dear Chief Judge Swain:

    The Government writes, with the defense's consent, to respectfully request that the Court schedule a change-of-plea hearing in the above-captioned case. The parties are available to appear for the hearing on February 19, 2026 at 11:00 a.m., which the Government understands to be a time convenient for the Court.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:   /s/
    Sarah Kushner / David Robles / Henry Ross
    Assistant United States Attorneys
    (212) 637-2676 / -2550 / -2442

The foregoing request is granted.
SO ORDERED.
2/17/2026
/s/ Laura Taylor Swain, Chief USDJ