To judge Laure Taylor Swain

From Rymanova Irena

Tomsk, Russia

Dear Judge Swain,

My name is Irena Rymanova, I am the mother of Nomma Zarubina. My heart is heavy as I am writing to you today. My daughter is in a difficult situation, and I am reaching out in the hope of humanizing her in the eyes of the court and - to show you the person I know so well: a kind, thoughtful woman who is not a danger to society.

From the very beginning, Nomma was a bright spark. As a child, she was full of energy, curiosity, and a sharp wit. She didn't just go to school — she lived for learning, especially in the social sciences. Her thirst for knowledge was truly inspiring.

Along with a secondary school, she graduated from a music school and a humanitarian lyceum. What amazed me most is that Nomma always achieved all this on her own, without our financial support. She was driven by pure determination and a love of learning.

Her hard work paid off. Nomma entered the most prestigious university in Russia - St. Petersburg University, Faculty of Philosophy - and earned her a Bachelor degree. Her journey didn't stop there: she went on to complete two Master's degrees: one in Russia and another in the USA.

Life wasn't always easy. While living in the USA after her divorce, Nomma faced the challenges of being a single mother with a young child. Yet, even in those difficult times, she never gave up on her dreams. She took various courses, including one at Harvard University. Her resilience and strength in the face of adversity have always filled me with immense pride.

Today, her dream is to pursue a PhD in the USA, because she truly believes in the power of education to change lives. Even now, while in prison, Nomma continues to study. She reads the works of great thinkers - Aristotle, John Locke, Thomas Hobbes and others — the very same works studied in American Universities. This dedication shows her unwavering commitment to growth and understanding.

I know my daughter's heart. She is not a threat; she is a seeker of knowledge, a loving mother, and a person who has always tried to do her best, even when the path was steep and rocky. I ask you, with all the love and hope a mother can muster, to see her not just as a case file, but as a human being with a future full of potential.

Thank you so much for your careful consideration of this case and for taking the time to read my words.

Respectfully,

Irena Rymanova

To judge Laure Taylor Swain

From Zarubina Vasilissa

Tomsk, Russia

Dear Judge Swain,

My name is Vasilissa Alexandrovna Zarubina, and I am the younger biological sister of Nomma Alexandrovna Zarubina.

More than anything, I would like this letter to help people see Nomma not only through the dry facts of her life or the circumstances of this case, but as a real person — alive, emotional, loving, and deeply important to her family.

There is a 15-year age difference between us. Because of that, from my earliest childhood I never saw Nomma as just an older sister. To me, she was always someone I looked up to, someone whose presence made me feel calm and safe. As I was growing up, Nomma shaped much of my understanding of the world, of people, of education, and of life itself.

We still have many family videos and memories from our childhood. Looking back at them now as an adult, I realize how different Nomma was from many children her age. Even as a child, she thought deeply, asked mature questions, and was interested in subjects that usually do not interest children. Yet at home she always remained warm, kind, emotional, and deeply caring.

I remember the way she spoke to me when I was little. She never treated me as if I was "too young" to understand things. On the contrary, she always tried to explain things to me, support me, and comfort me. Whenever I struggled with something, Nomma was the person who convinced me not to give up. Whenever I was scared or hurting, she was the person I turned to.

Nomma always studied very hard and constantly sought knowledge. She was accepted into one of the best academic lyceums in the city, where only highly capable and well-prepared students were admitted. Even years later, teachers remembered her with warmth and respect. That always meant a great deal to me.

But most importantly, she was never someone who cared only about herself or her achievements. On the contrary, she always tried to share what she knew, inspire

others, and help the people close to her become better versions of themselves. In many ways, it was because of her that I myself began to believe I could achieve something meaningful in life.

I later attended the same lyceum as Nomma, and I clearly remember how teachers spoke about her. They still remembered her years later. As her younger sister, this was incredibly touching to me because I understood how strongly she impacted the people around her.

Later, Nomma entered Saint Petersburg State University. I saw how seriously she approached education and self-development. She did not read books because she "had to," but because she genuinely loved learning and understanding more about the world. Our home was always filled with books, discussions, conversations about life, history, society, and people. It was Nomma who gave me my love for reading and personal growth.

After completing her bachelor's degree in Saint Petersburg, Nomma continued her studies in Moscow at the Russian Presidential Academy of National Economy and Public Administration. Even then, despite her extremely busy life, she remained deeply involved in our family and in my life personally.

Later, Nomma moved to the United States to study English. I remember that period very clearly. For her, it was never some kind of "easy beautiful life." She worked very hard, constantly studied, tried to adapt, grow, and move forward. At the same time, we always remained very close. She called often, asked about my life, worried about me, and supported me even while being on the other side of the world.

Even from far away, I always felt that I had an older sister who loved me and who was emotionally present in my life.

But perhaps the role in which Nomma's character is most visible is as a mother.

Nomma has a daughter, ██████, my niece. It is impossible to fully describe the bond between them. ██████ is a very sensitive child, and for her, her mother is truly the center of her world. Even when ██████ stayed with us in Russia, she asked about her mother every single day, missed her deeply, and constantly waited to speak with her.

I personally witnessed how much love Nomma gave to her daughter.

She always tried to provide ██████ not only with everything she needed, but also with a sense of unconditional love, support, and safety. For ██████, Nomma is the person who makes her feel protected.

And in the same way, for me, Nomma has always been the person whose presence gave me confidence, comfort, and emotional security.

It is very painful for me to see that someone I know as a kind, caring sister, a loving mother, and a deeply emotional and compassionate person may be viewed only through formal circumstances, without people seeing who she truly is.

For our family, Nomma is not just a name in legal documents. She is a person who is deeply loved, deeply missed, and profoundly important to the people closest to her.

I sincerely ask that you see her first and foremost as a human being.


Zarubina Vasilissa