To judge Laure Taylor Swain

From Zarubin Alexander

Tomsk, Russia



Dear Judge Swain,

I, Alexander B. Zarubin, father of Nomma Zarubina, respectfully submit this statement and ask that you consider my daughter's personal and professional qualities when determining her sentence.

From an early age, Nomma has been characterized by determination, intellectual curiosity, and a strong sense of justice. Her life journey reflects a consistent pursuit of knowledge and a sincere desire to understand complex social and political processes.

Summary of Educational and Professional Background:

1. School Years:

* Demonstrated strong academic performance while pursuing extracurricular activities;

* Trained in classical ballet at a professional studio;

* Independently enrolled in a music school (choral program and piano studies).

2. Higher Education:

* At age 16, made the independent decision to move to St. Petersburg and enroll at a state university;

* Completed her bachelor's degree and continued to graduate studies (master's program).

3. Studies in the United States:

* Moved to the U.S. to improve her English language proficiency;

* Graduated from New York College;

* Attended advanced courses at Harvard University, deepening her understanding of social and political issues;

* Completed an internship at the Center for Strategic and International Studies (CSIS);

* Was invited to present her research at various institutions, including engagements in Canada based on her published work.

My daughter has always been driven by a genuine desire to understand how the world works and to contribute to positive change. Her primary academic goal—to earn a PhD from a leading U.S. university—was not merely a career ambition, but a reflection of her worldview and her wish to serve society through scholarship and education.

I ask that you take into account that Nomma's actions were not motivated by greed or malicious intent, but by naïve idealism and a youthful belief in the possibility of making the world a better place. She has made mistakes, acknowledges them fully, and deeply regrets what has occurred.

I would be grateful for the opportunity to have these circumstances considered in sentencing. I am available to provide any additional information or answer any questions you may have.

Respectfully yours,

Alexander B. Zarubin

*MJT*

Monday May 11th, 2026

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

I met Ms. Zarubina when the two of us were both striving to further our careers, amidst our own hardships. Myself as a composer, producer, and entrepreneur, and Ms. Zarubina as a political consultant. We initially bonded over shared values and desire for success, combined with our shared work ethic. Our friendship then flourished quite quickly as our shared love of travel and culture came into the conversation. As our friendship continued over years, we did not see each other often, due to the nature of our work lives (which is all too common in adult friendships these days), yet when we did connect, it was as though we picked up right where we left off.

I grew to find Ms. Zarubina to be an exceptionally dedicated and kind person, with a love of life, family, and America. We often discussed politics, culture, and the state of international affairs. She consistently championed American values, and America as a bastion of freedom not only on the world stage, but also here at home, for every individual.

Raising a child as a single mother is a hardship I can't begin to comprehend, but I recognize deeply how much of an undertaking that must be for Nomma. Every time I had the pleasure of seeing her, she always had new photos of her daughter, and a new story speaking as to why she was always so proud of her daughter. It is my belief, through her actions and words, that her daughter is the most important thing in her life — her "North Star" — and I find it hard to believe that she would ever do anything to jeopardize her child's wellbeing. In fact, I think much of the impetus for her political advocacy is deeply rooted in her desire to build a better world for her daughter.

The financial struggles of independent political consultancy, cost of living in New York, on top of raising a child alone, have without a doubt caused financial stress on Ms. Zarubina. Without having walked in her shoes, I can't imagine the pressure she faces daily. A mouth to feed, one that must be fed before her own, may drive any person to stray beyond their previously established moral values. In hindsight, I think it's very clear that Ms. Zarubina is clearly remorseful, and I would certainly trust that to be true.

**MIKE THOMPSON**

1



Further incarceration will only exacerbate Ms. Zarubina's existing struggles, and will likely create new ones. Further separation from her daughter, for whom she was previously the primary caregiver, is not only separating a mother from her daughter, but more importantly a daughter from her mother — I can't imagine the strain this has placed on Ms. Zarubina's child. It is my belief that Ms. Zarubina can return to society as one of its most valuable members — a person who loves her adopted country, loves life and tries to lead one the best she can, and deserves to be reunited with her daughter.

Sincerely,

Michael James Thompson

**MIKE THOMPSON**

2

**To the Honorable Judge Laura Taylor Swain,**

My name is Meliksetov Levon, and I am writing with deep respect and sincere hope regarding my ex-wife, Nomma Zarubina.

Even though we are no longer married, I know in my heart that she is a loving mother who truly cares for our daughter, ███████████. I am asking the Court to please consider not deporting her.

Our daughter loves her mother very much and needs her in her life. No child should have to grow up separated from their mother. The emotional pain and trauma this would cause our daughter would stay with her for many years. A mother's love, support, and presence are something that cannot be replaced.

Despite the difficulties we may have had as adults, I have always seen the love that Nomma has for our child. She is an important part of our daughter's life, growth, and happiness. Deporting her would not only affect my ex-wife, but it would deeply hurt our daughter emotionally and mentally.

I respectfully ask the Court to please show compassion and consider giving her the opportunity to remain here for the sake of our child and her future. Our daughter deserves to have her mother close to her, especially during these important years of her life.

Thank you very much for your time, understanding, and consideration.

Respectfully,
Meliksetov Levon

May 27, 2026

To Whom It May Concern,

I am writing this letter on behalf of Nomma Zarubina, whom I have known personally since 2017. Over the years, I have come to know Nomma as a kind, compassionate, and genuinely caring person who has always gone out of her way to help others whenever she could.

Nomma is also a devoted single mother who deeply cares for her daughter, who currently lives in New York City. Much of her family remains in Russia, which has left her with a very limited support system here in the United States. Despite these challenges, she has continued to work hard, support her daughter, and maintain meaningful relationships with the people around her.

In my experience, Nomma has consistently shown kindness, generosity, and empathy toward others. She has been a supportive friend and someone people can rely on during difficult times. I have personally witnessed her willingness to help friends and those in need without expecting anything in return.

While I understand the seriousness of the circumstances before the Court, I respectfully ask that Nomma's character, personal hardships, and responsibilities as a mother be taken into consideration during sentencing. I truly believe she has the ability to move forward positively and continue being a caring presence in her daughter's life and in the lives of those who know her.

Thank you for taking the time to read my letter and consider my perspective regarding Nomma Zarubina's character.

Sincerely,

Eric Khan