**OFFICIAL TRANSCRIPT FOR:**
NOMMA ZARUBINA

Dec 8, 2025 - May 20, 2026
Essex County Correctional Facility, NJ

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 83 | 68 | 15 | 6 |

## 6 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| Introduction to Western Political Thought | Examination of the major texts and figures in the history of political thought, including Plato, Machiavelli, and Rousseau. Topics of analysis include: power, justice, rights, law, and other issues pertaining to governance.... | **Time to pass:** 45 hr 43 min **Total time:** 45 hr 43 min | **PASSED** **Completed:** Apr 23, 2026 |
| Social Studies - U.S. History | In this course you will practice the skills necessary for the U.S. History segment of the GED test. You will read summaries and primary source documents and answer questions. The material in this course comes from DCS... | **Time to pass:** 6 hr 41 min **Total time:** 6 hr 42 min | **PASSED** **Completed:** Apr 16, 2026 |
| Critical Thinking | One second. That is all it takes to make a move you can't take back. One second of anger. One second of disrespect. One second where you react without thinking. In chess, one bad move costs you the game. I... | **Time to pass:** 6 hr 18 min **Total time:** 6 hr 18 min | **PASSED** **Completed:** Apr 26, 2026 |
| Amy Tan Teaches Fiction, Memory & Imagination | Amy Tan was 33 before she first explored her voice as a fiction author. A few years later, her debut novel, The Joy Luck Club, spent 40 weeks on The New York Times bestseller list. Now she's showing you her approach to... | **Time to pass:** 5 hr 21 min **Total time:** 5 hr 21 min | **PASSED** **Completed:** Dec 14, 2025 |
| Social Studies - Civics and Government | This course covers topics to help you prepare for the Social Studies section of the GED, with a focus on civics and government. Specifically, you will learn about how government works, different systems of government,... | **Time to pass:** 2 hr 59 min **Total time:** 2 hr 59 min | **PASSED** **Completed:** Apr 17, 2026 |
| Social Studies - Geography | In this course you will learn important geography concepts that will help you succeed on the Social Studies portion of the GED exam. You will learn subjects such as migration and trends, sense of place, map tool... | **Time to pass:** 1 hr 21 min **Total time:** 1 hr 21 min | **PASSED** **Completed:** Dec 14, 2025 |

**edovo**

Dec 8, 2025 - May 20, 2026
Essex County Correctional Facility, NJ

## Supplemental Learning - 14 hr 58 min

| Summary |
|---|
| Listed below are the top **12** supplemental interactive learning items NOMMA has spent time on. In addition, NOMMA has engaged with **20 readings**, **75 learning videos**, and **16 audio recordings**. |

| Title | Time |
|---|---|
| 21 Ecclesiastes | 2 hr 22 min |
| Introductory Psychology | 2 hr 14 min |
| Joining Forces with your Brain | 2 hr 12 min |
| Literacy for Life: Learning to Read | 1 hr 52 min |
| WVBS: Satan & Demons | 1 hr 03 min |
| Science - Earth and Space Science | 0 hr 52 min |
| WVBS: Ecclesiastes | 0 hr 46 min |
| Malcolm Gladwell Teaches Writing | 0 hr 42 min |
| The Power of Prayer and Fasting (Genesis Bible Institute) | 0 hr 34 min |
| Inside Story - Pilot Episode 2: COVID-19 and Vaccine Mistrust Behind Bars | 0 hr 26 min |
| Bible Study I - Introduction and Understanding the Bible | 0 hr 24 min |
| WVBS: Job | 0 hr 23 min |



# CERTIFICATE OF COMPLETION

PRESENTED TO

## NOMMA ZARUBINA

FOR SUCCESSFUL COMPLETION OF

## Critical Thinking

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 26, 2026
-------------------------------------------
Date

-------------------------------------------
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## NOMMA ZARUBINA

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Western Political Thought

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 23, 2026

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## NOMMA ZARUBINA

FOR SUCCESSFUL COMPLETION OF

## Social Studies - Civics and Government

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 17, 2026

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## NOMMA ZARUBINA

FOR SUCCESSFUL COMPLETION OF

## Social Studies - U.S. History

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

April 16, 2026

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## NOMMA ZARUBINA

FOR SUCCESSFUL COMPLETION OF

## Social Studies - Geography

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 14, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## NOMMA ZARUBINA

**FOR SUCCESSFUL COMPLETION OF**

Amy Tan Teaches Fiction, Memory & Imagination

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

December 14, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.

# Transcript for Nomma Zarubina

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Dec 19, 2025 | Dec 19, 2025 | 0.08 | 0.75 | Passed | 86 | - | Dec 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | Dec 19, 2025 | Dec 19, 2025 | 0.1 | 1.00 | Passed | 0 | - | Dec 19, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest (Corrections) | E-Learning Course | Feb 28, 2026 | Feb 28, 2026 | 0.1 | 1.00 | In Progress | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 1 (Corrections) | E-Learning Course | Feb 28, 2026 | Feb 28, 2026 | * | * | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 2 (Corrections) | E-Learning Course | - | - | * | * | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |



Certifies that

# Nomma Zarubina

has successfully completed

## Advanced Interpersonal Communication: Communication Styles and Methods

on

December 19, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# Nomma Zarubina

has successfully completed

## Cognitive Awareness

on

December 19, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





# HEARTSAVER®

## Heartsaver First Aid CPR AED



American Heart Association.

**Nomma Zarubina**

has successfully completed the cognitive and skills evaluations
in accordance with the curriculum of the American Heart Association
Heartsaver Adult First Aid CPR AED Program.
**Optional modules completed:**

Heartsaver Total

**Issue Date**

4/18/2026

**Training Center Name**

Essex County Police Academy

**Training Center ID**

NJ20919

**Training Center City, State**

Cedar Grove, NJ

**Training Center Phone Number**

(973) 699-5921

**Training Site Name**

**Renew By**

04/2028

**Instructor Name**

Jason Haase

**Instructor ID**

12160521944

**eCard Code**

271272939488

**QR Code**



To view or verify authenticity, students and employers should scan this QR code with their mobile device or go to www.heart.org/cpr/mycards.

© 2025 American Heart Association. All rights reserved.    25-3002  10/25