# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 4, 2026

**BY ECF**

The Honorable Laura T. Swain
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    **United States v. Nomma Zarubina**
       **25-CR-179 (LTS)**

Dear Judge Swain:

        Please find enclosed an addition to the defense sentence submission.  Specifically, this is a letter from Nomma Zarubina.

                        Respectfully Submitted,
                        /s/
                        Kristoff I. Williams
                        Assistant Federal Defender
                        Federal Defenders of New York
                        (212) 417-8791