Dear Judge Swain,

My name is Nomma Zarubina, I'm 35, and I'm writing to you due to my arrest by the FBI in 2024 and my counts in making a false statement to the FBI, and making a false statement in my naturalization proceeding. From 2021-2024, I've been cooperating with the Counterintelligence Division of the FBI by my own initiative.  I initiated 5 out of 8 meetings, and my first attempt was in April 2021.  During this meeting, I met with two agents in the outside terrace of a café. ███ ███████████ had never shown me his ID.  Moreover, he didn't mention his name that day. As a person who was undoubtedly under surveillance of the Russian Intelligence at that time (cyber and human intelligence), I prioritized my security, and the security of my then two-year-old daughter. I couldn't disclose information regarding the person from the Russian side.  Looking back, I recognize that there were other ways to protect myself, and I shouldn't have lied to the FBI.

In 2024, ████████████ asked me to print my naturalization application form and bring it to him. I made a copy for ████████, and he evaluated it in front of me. I never thought that my work in the Skin Care business could be a problem while we discussed international threats, intelligence, and while I provided sensitive information ████████████████████ ██████████████████. My terrible financial situation after my divorce led me to the skin care business, where I had general knowledge that workers were engaged in unlawful sexual activity. Because of my language skills, the manager asked me to answer the phone and make appointments, among other things. Nevertheless, my financial situation should have never been an excuse to work at this business, and it eventually harmed my reputation. Consequently, I face public condemnation on the internet now. I went against God and my Christian values when I started working in the skin care office, and I'm sorry for lying about that in my naturalization application.

This whole situation showed me that I had uncontrolled self-pride. I revised my behavior and have become calmer and wiser. I understood that the agents saw the situation differently. My time in jail has been very positive: I have read dozens of great books, including: the Old Testament, Qur'an, books of American history, and the core books of Western political thought. I have been passionate about learning since my childhood. I graduated from the Municipal Music School #2 in Tomsk, Russian and I was admitted to the best university in Russia in 2008, in Saint Petersburg. I also have two masters degrees: one in Russia and another in the United States, where I graduated with a 3.7 GPA. I was blessed to have a loving, supportive family. My father is my best friend and my mother is a personal example of success in high education for me. I want to apply to a PhD program soon and I have already discussed it with the Maxwell School of Citizenship and Public Affairs several years ago. I know that my time in prison can be a great source for my research. I am highly motivated and positive, and I know God will help me with everything, even if it looks a bit sad right now. I already know the topics I want to discover: international security issues, information influence through soft power, and more.

After my release, I have to focus my energy on fighting to save my permanent residency if possible. My daughter ███ cannot go with me out of the U.S. because her father will not allow her to and I can be arrested in Russia upon arrival.  If allowed to stay in the U.S., I plan to live with my ex-mother-in-law after my release and pray to find opportunities for work in a field I enjoy, like analytics. I strongly believe that I can be valuable to the American intelligence community as an analyst. If I am deported, I will never give up my love for this Country and the memories I made during my 11 years of living here.


Sincerely,


Nomma Zarubina